CCC-84600  GMD/gh

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| DEVONNE REED, | ) | |
| Plaintiff, | ) | Case No.  09-CV-5581 |
| v. | ) | |
| | ) | JUDGE JOAN B. GOTTSCHALL |
| | ) | |
| OFFICER FRANK SARABIA #14335, and | ) | MAGISTRATE JUDGE |
| OFFICER J.E. WRIGLEY #7179 | ) | MICHAEL T. MASON |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS PURSUANT TO STIPULATION

**NOW COME** the Defendants OFFICER FRANK SARABIA and OFFICER J.E. WRIGLEY, by and through their attorneys, Gerald M. Dombrowski of Sanchez Daniels & Hoffman LLP, and hereby move this Honorable Court for entry of an order dismissing this cause with prejudice.   In support of said motion, defendant states as follows:

1. The Plaintiff Devonne Reed, through counsel, and Defendants Frank Sarabia and J.E. Wrigley, through their counsel, have engaged in settlement negotiations, in good faith and at arm's length.

2. The parties have come to an agreement that resolves all issues in this case.

3. The parties have agreed to dismiss this case with prejudice pursuant to settlement. (See attached executed Stipulation to Dismiss incorporated herein as Exhibit A.)

4. The parties request that this Court retain jurisdiction to enforce all settlement provisions.

WHEREFORE, in accordance with the aforesaid Stipulation, the parties hereto request entry of an order dismissing this matter with prejudice, and without costs.

Respectfully submitted,

SANCHEZ DANIELS & HOFFMAN LLP

By: _____
         Attorneys for Defendants

Gerald M. Dombrowski #06210375
SANCHEZ DANIELS & HOFFMAN LLP
333 W. Wacker Drive, Suite #500
Chicago, Illinois 60606
312/641-1555
Firm ID #42258