CCC-84600  GMD/gb

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DEVONNE REED, | ) | |
| Plaintiff, | ) | Case No. 09-CV-5581 |
| v. | ) | |
| | ) | JUDGE JOAN B. GOTTSCHALL |
| OFFICER FRANK SARABIA #14335, and | ) | MAGISTRATE JUDGE |
| OFFICER J.E. WRIGLEY #7179 | ) | MICHAEL T. MASON |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys, that the above-entitled cause be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought having been fully compromised, settled and adjourned.

By: _____  
Gerald M. Dombrowski  
Sanchez Daniels & Hoffman LLP  
Attorneys for Defendant

By: _____  
Matthias Gill  
The Gill Law Firm  
Attorneys for Plaintiff

Gerald M. Dombrowski #06210375  
SANCHEZ DANIELS & HOFFMAN LLP  
333 W. Wacker Drive, Suite #500  
Chicago, Illinois 60606  
312/641-1555



EXHIBIT A