**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Devonne Reed

                Plaintiff,

v.                                            Case No.: 1:09−cv−05581
                                               Honorable Joan B. Gottschall

Frank Sarabia, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, December 1, 2012:

    MINUTE entry before Honorable Joan B. Gottschall: Defendants' motion to dismiss pursuant to stipulation [88] is granted. It is hereby ordered that this action is dismissed with prejudice and without costs. Jury Trial set for 2/4/2013 is stricken. Pretrial conference set for 1/9/2013 is stricken. No appearance is required, 12/5/2012. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.